[No. 12862-8-III.     Division Three.     June 30, 1994.]

BLACK STAR RANCH, *Respondent*, v. WILLIAM M. ECKERICH, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Yakima County, No. 85-2-00667-3, Stephen M. Brown, J., entered November 19, 1992. *Remanded* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ.

[No. 13008-8-III.     Division Three.     June 30, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS EARL MEYER, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 92-1-00068-0, Larry W. Larson, J. Pro Tem., entered January 26, 1993. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.

[No. 16033-1-II.     Division Two.     July 1, 1994.]

RAMON MOORE, *Appellant*, v. TRICIA LEE DOLE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-06824-6, D. Gary Steiner, J., entered April 20, 1992. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, C.J., and Alexander, J.

[No. 15907-4-II.     Division Two.     July 1, 1994.]

*In the Matter of the Marriage of* THERESA K. WALKER, *Appellant, and* GARY L. WALKER, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-3-04886-1, Bruce Cohoe, J., entered February 28, 1992. *Affirmed* by unpublished opinion per Seinfeld, A.C.J., concurred in by Alexander and Houghton, JJ.